**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01992-CMA-KMT

WINE MASTER CELLARS, LLLP, a Colorado limited liability limited partnership,

    Plaintiff,

v.

APEX WINE CELLARS AND SAUNAS, INC., a California corporation,
COSTCO WHOLESALE CORPORATION, a Washington corporation,
EPICUREANIST LLC, a California limited liability company, and
VINOTEMP INTERNATIONAL CORPORATION, a California corporation,

    Defendants.

---

**ORDER OF DISMISSAL OF DEFENDANT VINOTEMP INTERNATIONAL
CORPORATION AND AMENDMENT OF CAPTION**

---

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal as to Defendant Vinotemp International Corporation (Doc. # 26). The Court has reviewed the Notice and the file, and ORDERS as follows:

Defendant Vinotemp International Corporation is hereby DISMISSED WITHOUT PREJUDICE, each party to pay its own attorneys' fees and costs. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Vinotemp International Corporation as a Defendant in this case.

DATED: October  29 , 2012

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge