IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-01992-CMA-KMT

WINE MASTER CELLARS, LLLP, a Colorado limited liability limited partnership,

  Plaintiff,

v.

APEX WINE CELLARS AND SAUNAS, INC., a California corporation,
COSTCO WHOLESALE CORPORATION, a Washington corporation, and
EPICUREANIST LLC, a California limited liability company,

  Defendants.

## ORDER GRANTING STAY OF ACTION

This matter is before the Court on Defendants' Unopposed Motion For Stay of Action (Doc. # 28) for the purpose of facilitating the dismissal of this action in the near future. Having reviewed the Motion, and being fully advised, the Court GRANTS the Motion and ORDERS as follows:

  1. This action is stayed, subject to further review by the Court.

  2. On December 1, 2012, and on the first day of each month following, defendants will file a status report that describes, in reasonable detail, the status of actions taken by all parties to facilitate a dismissal of this action.

  DATED: November __07__, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge